# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

156408

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KEVIN PATRICK KAVANAUGH,
      Defendant-Appellee.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156408
COA: 330359
Berrien CC: 2014-004247-FH

On order of the Court, the application for leave to appeal the July 6, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) what deference should be accorded to the trial court's factual findings where a recording of events under consideration is available to an appellate court; (2) what evidence may be considered in determining whether there was clear error in the trial court's factual findings; and (3) what standard of review is to be applied under such circumstances. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



p0117

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk